**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**
**CASE NO.: 3:23-cv-01279-HES-PDB**

RHONDA BRICE,

    Plaintiff,

vs.

ADT, LLC,

    Defendant.
_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, Rhonda Brice, and Defendant, ADT, LLC, by and through their undersigned counsel, hereby submit this Joint Stipulation of Dismissal with Prejudice. The parties agree that this action be hereby dismissed with prejudice, that all pending motions be denied as moot, and that each party is to bear its own attorney's fees and costs, except as otherwise agreed upon.

Dated: August 7, 2024

| By: */s/ Jason W. Imler* | By: */s/ Steven A. Siegel* |
|---|---|
| Jason W. Imler | Steven A. Siegel |
| Fla. Bar No. 1004422 | Fla. Bar No. 497274 |
| jason@imlerlaw.com | ssiegel@fisherphillips.com |
| Imler Law | Megan L. Janes |
| 23110 State Road 54 | Fla. Bar No. 99009 |
| Unit 407 | mjanes@fisherphillips.com |
| Lutz, Florida 33549 | FISHER & PHILLIPS LLP |
| Telephone (813) 553-7709 | 201 East Las Olas Boulevard |
| *Attorneys for Plaintiff* | Suite 1700 |
|  | Fort Lauderdale, Florida 33301 |
|  | Telephone (954) 525-4800 |
|  | *Attorneys for Defendant* |