**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**RHONDA BRICE,**

**Plaintiff,**

**v.** **Case No. 3:23-cv-1279-HES-PDB**

**ADT, LLC,**

**Defendant.**
______________________________/

**ORDER**

**THIS CAUSE** is before this Court on a Mediation Report (Dkt. 16) that reveals this matter has been completely settled.

Accordingly, it is **ORDERED**:

1. This case is **DISMISSED** without prejudice, but this Court retains jurisdiction over this matter for the next sixty days. But any party may move this Court, within those sixty days, to enter a Dismissal with Prejudice, a stipulated form of Final Order or Judgment, or on good cause shown, to reopen this case for further proceedings; and

2. The Clerk is directed to terminate all pending motions and close this file.

**DONE and ENTERED** at Jacksonville, Florida this 8th day of August, 2024.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Jason William Imler, Esq.
Megan Laing Janes, Esq.
Steven A. Siegel, Esq.