UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

RHONDA BRICE,
    Plaintiff,

v.                                       Case No. 3:23-cv-1279-HES-PDB

ADT, LLC,
    Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court on the "Joint Stipulation of Dismissal with Prejudice" (Dkt. 17).

Accordingly, it is **ORDERED**:

1. The "Joint Stipulation of Dismissal with Prejudice" (Dkt. 17) is **GRANTED**, and this action is dismissed, with each party to bear its own fees and costs, except otherwise agreed upon; and

2. The Clerk is directed to terminate all pending motions and close this file.

**DONE and ENTERED** at Jacksonville, Florida this ____ day of August, 2024.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Jason William Imler, Esq.
Megan Laing Janes, Esq.
Steven A. Siegel, Esq.